1  Nicholas J. Neidzwski, CSB #273020
   nick@boatlaw.com
2  ANDERSON CAREY WILLIAMS & NEIDZWSKI
   21 Bellwether Way, Suite 104
3  Bellingham, Washington 98225
   Telephone:   360-671-6711
4  Facsimile:   360-647-2943
5  Attorneys for Plaintiff
   GILBERTO SANTIAGO OTANEZ,
6  Personal Representative of the Estate of
   ARNULFO SANTIAGO SOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GILBERTO SANTIAGO OTANEZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF ARNULFO SANTIAGO SOLIS,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD E. KELLEY, an individual; ROBERT E. KELLEY, an individual; ROBERT E. KELLEY AND RICHARD E. KELLEY, SUCCESSOR CO-TRUSTEES AND BENEFICIARIES OF THE EUGENE M. KELLEY AND VERNA L. KELLEY REVOCABLE LIVING TRUST; BRIAN KELLEY, an individual; and KELLEY AND KELLEY, INC., a company,<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 1

ANDERSON CAREY
WILLIAMS & NEIDZWSKI
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

Plaintiff Gilberto Santiago Otanez, Personal Representative of The Estate of Arnulfo Santiago Solis ("Gilberto Santiago Otanez" or "Plaintiff"), by and through the undersigned counsel, alleges:

1. Plaintiff files his claims *in personam* under the Jones Act (46 U.S.C. §30104, *et seq*.), the General Maritime Law of the United States, the Death on the High Seas Act (46 U.S.C. §30301, *et seq*.), and any other applicable wrongful death or survival act.

2. This court has jurisdiction pursuant to 46 U.S.C. §30104, 28 U.S.C. §1331, 28 U.S.C. §1333, and 28 U.S.C. §1367.  Pursuant to 28 U.S.C. §1332, there is also complete diversity between the parties and the amount in controversy exceeds the jurisdictional limit of $75,000.

3. This action is not subject to rule 9(h) of the Federal Rules of Civil Procedure.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b)(1) and 1391(b)(2).

5. Plaintiff is a citizen of Mexico and the father of the decedent seaman, ARNULFO SANTIAGO SOLIS ("Decedent").  Plaintiff has been appointed as the Personal Representative of the Estate of Decedent.

6. Plaintiff alleges upon information and belief that at all material times, Defendants Robert E. Kelley and Richard E. Kelley, Successor Co-Trustees

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 2

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington  98225
(360) 671-6711  -  Fax (360) 647-2943

of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust, are residents of Fort Bragg, California.

7. Plaintiff alleges upon information and belief that at all material times, Defendants Richard E. Kelley and Robert E. Kelley are the beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust.

8. Plaintiff alleges upon information and belief that at all material times, Defendant Brian Kelley was a resident of Fort Bragg, California.

9. Plaintiff alleges upon information and belief that at all material times, Defendant KELLEY AND KELLEY, INC. was and now is a company organized and existing according to the laws of the State of California, having its principal place of business in Fort Bragg, California, and doing business in this district.

10. Plaintiff alleges upon information and belief that Defendants Robert E. Kelley and Richard E. Kelley, Successor Co-Trustees and Beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust, Defendant Brian Kelley, and Defendant KELLEY AND KELLEY, INC. (collectively "Defendants") owned, managed, manned, operated, maintained, and/or controlled the MISS HAILEE, Official No. 524780 (the "vessel") at all material times.

11. On and before November 9, 2019, Decedent was a seaman acting within the course and scope of his employment and duties aboard the vessel. Decedent died intestate.

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 3

ANDERSON CAREY
WILLIAMS & NEIDZWSKI
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

12. On November 9, 2019, the MISS HAILEE sank during a fishing trip off the North Coast of California.

13. Defendants are liable for the death of Decedent and all damages suffered by his estate and beneficiaries under the Jones Act (46 U.S.C. §30104, *et seq*.), the General Maritime Law of the United States, the Death on the High Seas Act (46 U.S.C. §30301, *et seq*.), and any other applicable wrongful death or survival act.

14. On November 9, 2019 and at all other times relevant hereto, Decedent was working aboard the MISS HAILEE in the ordinary, customary and expected manner. Decedent played no part in the cause of the sinking of the MISS HAILEE.

**FIRST CLAIM:**
**JONES ACT NEGLIGENCE AGAINST**
**All Defendants**

15. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 14 set forth above.

16. At all material times, Decedent was employed by Defendants Robert E. Kelley and Richard E. Kelley, Successor Co-Trustees and Beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust, Defendant Brian Kelley, and/or Defendant KELLEY AND KELLEY, INC. as a seaman aboard the vessel.

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 4

ANDERSON CAREY
WILLIAMS & NEIDZWSKI
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

17. Defendants owed Decedent a duty of reasonable care for his safety, including care to maintain the vessel in a reasonably safe condition and to operate the vessel safely.

18. On or about November 9, 2019, Decedent suffered severe injuries, pre-death conscious pain and suffering, and ultimately died due to the fault and negligence of Defendants and/or their agents, servants, and/or employees as follows:

    a.    failing to use reasonable care to provide and maintain a safe place to work for Decedent, fit with proper and adequate machinery, crew and equipment;

    b.    causing, allowing, and permitting the vessel and her appurtenances to be operated in such a manner as to unreasonably endanger Decedent's safety;

    c.    causing, allowing, and permitting the vessel and her appurtenances to be in a dangerous, defective, and hazardous condition;

    d.    failing to warn Decedent of impending dangers;

    e.    failing to provide a seaworthy vessel and a safe method of operation;

    f.    failing to provide Decedent with a safe place in which to work;

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 5

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

      g.     failing to promulgate and enforce proper and safe rules of seamanship in the supervision and conduct of the work;

      h.     failing to provide sufficient and competent officers and co-employees;

      i.     failing to supply proper and sufficient gear and equipment, including, but not limited to, survival suits, and to inspect and maintain the same in proper order;

      j.     failing to use reasonable care to inspect the vessel, its equipment, and its cargo;

      k.     failing to use reasonable care to maintain the vessel and its equipment;

      l.     failing to use reasonable care to monitor the weather conditions and/or the sea state;

      m.     failing to alter route to a safe route while at sea;

      n.     overloading the vessel and having a practice to overload the vessel;

      o.     failing to warn Decedent of the dangers of staying out at sea in light of the weather and/or sea conditions;

      p.     exposing the vessel to weather and/or sea conditions that the vessel was unfit for in light of its age and/or maintenance and/or equipment issues;

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 6

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

  q. failing to adequately monitor the vessel and/or the captain of the vessel;

  r. failing to promulgate and/or enforce adequate policies and procedures for the vessel when encountering dangerous weather and/or sea conditions;

  s. failing to use reasonable care to make reasonable and periodic inspections of the vessel and its equipment;

  t. failing to provide adequate training, instruction, and supervision to the captain and crew; and

  u. failing to promulgate and/or enforce adequate policies and procedures to ensure that safety would not be compromised for cost and/or delay.

19. Defendants knew of the foregoing conditions causing the sinking of the vessel and Decedent's death, and did not correct them, or the conditions existed for a sufficient length of time so that Defendants, in the exercise of reasonable care, should have learned of them and corrected them.

20. The negligent acts and omissions of Defendants, and/or their agents, servants, and/or employees were within the privity and knowledge of Defendants.

21. As a result of the negligence of Defendants, and/or their agents and/or employees, Plaintiff and the Estate of Decedent were injured and suffered damages as a result of Decedent's death, including, but not limited to, loss of

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 7

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

support, past and future earnings, loss of services, loss of nurture and guidance of dependent family, pre-death pain and suffering, and funeral expenses. The negligent acts and omissions of Defendants were the legal cause of the death of Decedent.

22. Plaintiff claims damages under the Jones Act, 46 U.S.C. §30104, *et seq.*, including, but not limited to, loss of support, past and future earnings, loss of services, loss of nurture and guidance of dependent family, pre-death pain and suffering, funeral expenses, and all other damages allowable by law.

**SECOND CLAIM:
UNSEAWORTHINESS AGAINST
Defendants Robert E. Kelley and Richard E. Kelley, Successor Co-Trustees and Beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust**

23. Plaintiff realleges and incorporates by reference paragraphs 1 through 22 above.

24. At all times material hereto, Defendants Robert E. Kelley and Richard E. Kelley, Successor Co-Trustees and Beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust owned the vessel and/or were the owners *pro hac vice* of the vessel so as to be subject to a non-delegable duty to provide a seaworthy vessel: tight, staunch, strong, and properly or competently manned, equipped, and supplied, and fit and proper for the service in which she was engaged, including adequate policies and procedures.

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 8

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

25. On or about November 9, 2019, the unseaworthiness of the vessel was the legal cause of injury and damage to Plaintiff and the death of Decedent by reason of the following:

    a. failing to use reasonable care to provide and maintain a safe place to work for Decedent, fit with proper and adequate machinery, crew and equipment;

    b. causing, allowing, and permitting the vessel and her appurtenances to be operated in such a manner as to unreasonably endanger Decedent's safety;

    c. causing, allowing, and permitting the vessel and her appurtenances to be in a dangerous, defective, and hazardous condition;

    d. failing to warn Decedent of impending dangers;

    e. failing to provide a seaworthy vessel and a safe method of operation;

    f. failing to provide Decedent with a safe place in which to work;

    g. failing to promulgate and enforce proper and safe rules of seamanship in the supervision and conduct of the work;

    h. failing to provide sufficient and competent officers and co-employees;

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 9

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

i. failing to supply proper and sufficient gear and equipment, including, but not limited to, survival suits, and to inspect and maintain the same in proper order;

j. failing to use reasonable care to inspect the vessel, its equipment, and its cargo;

k. failing to use reasonable care to maintain the vessel and its equipment;

l. failing to use reasonable care to monitor the weather conditions and/or the sea state;

m. failing to alter route to a safe route while at sea;

n. overloading the vessel and having a practice to overload the vessel;

o. failing to warn Decedent of the dangers of staying out at sea in light of the weather and/or sea conditions;

p. exposing the vessel to weather and/or sea conditions that the vessel was unfit for in light of its age and/or maintenance and/or equipment issues;

q. failing to adequately monitor the vessel and/or the captain of the vessel;

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 10

ANDERSON CAREY
WILLIAMS & NEIDZWSKI
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

     r.    failing to promulgate and/or enforce adequate policies and procedures for the vessel when encountering dangerous weather and/or sea conditions;

     s.    failing to use reasonable care to make reasonable and periodic inspections of the vessel and its equipment;

     t.    failing to provide adequate training, instruction, and supervision to the captain and crew; and

     u.    failing to promulgate and/or enforce adequate policies and procedures to ensure that safety would not be compromised for cost and/or delay.

26. The said unseaworthy conditions of the vessel were within the privity and knowledge of Defendants at all material times. A reasonably prudent owner in the exercise of reasonable care would have discovered said unseaworthy conditions and remedied those conditions prior to the vessel's departure before its sinking on November 9, 2019.

27. Plaintiff claims damages as allowed under the General Maritime Law of the United States, including, but not limited to, compensatory damages, pecuniary losses, loss of support, past and future earnings, loss of services, loss of nurture and guidance of dependent family, pre-death pain and suffering, funeral expenses, and all other damages allowable by law.

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 11

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

## THIRD CLAIM
## <u>DEATH ON THE HIGH SEAS ACT (46 U.S.C. §30301, *et seq.*)</u>
## <u>AGAINST All Defendants</u>

28.  Plaintiff realleges and incorporates by reference paragraphs 1 through 27 above.

29.  At all material times Defendants owed Decedent a duty of reasonable care under the Death on the High Seas Act, 46 U.S.C. §30301, *et seq.*, and to provide Decedent with a seaworthy vessel.

30.  On or about November 9, 2019, Decedent died due to the fault and negligence of all Defendants and/or their employees, servants, and/or agents, and due to the unseaworthiness of the vessel as follows:

    a.  failing to use reasonable care to provide and maintain a safe place to work for Decedent, fit with proper and adequate machinery, crew and equipment;

    b.  causing, allowing, and permitting the vessel and her appurtenances to be operated in such a manner as to unreasonably endanger Decedent's safety;

    c.  causing, allowing, and permitting the vessel and her appurtenances to be in a dangerous, defective, and hazardous condition;

    d.  failing to warn Decedent of impending dangers;

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 12

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

      e.      failing to provide a seaworthy vessel and a safe method of operation;

      f.      failing to provide Decedent with a safe place in which to work;

      g.      failing to promulgate and enforce proper and safe rules of seamanship in the supervision and conduct of the work;

      h.      failing to provide sufficient and competent officers and co-employees;

      i.      failing to supply proper and sufficient gear and equipment, including, but not limited to, survival suits, and to inspect and maintain the same in proper order;

      j.      failing to use reasonable care to inspect the vessel, its equipment, and its cargo;

      k.      failing to use reasonable care to maintain the vessel and its equipment;

      l.      failing to use reasonable care to monitor the weather conditions and/or the sea state;

      m.      failing to alter route to a safe route while at sea;

      n.      overloading the vessel and having a practice to overload the vessel;

      o.      failing to warn Decedent of the dangers of staying out at sea in light of the weather and/or sea conditions;

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 13

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

  p. exposing the vessel to weather and/or sea conditions that the vessel was unfit for in light of its age and/or maintenance and/or equipment issues;

  q. failing to adequately monitor the vessel and/or the captain of the vessel;

  r. failing to promulgate and/or enforce adequate policies and procedures for the vessel when encountering dangerous weather and/or sea conditions;

  s. failing to use reasonable care to make reasonable and periodic inspections of the vessel and its equipment;

  t. failing to provide adequate training, instruction, and supervision to the captain and crew; and

  u. failing to promulgate and/or enforce adequate policies and procedures to ensure that safety would not be compromised for cost and/or delay.

31. Plaintiff claims damages as allowed under the Death on the High Seas Act, 46 U.S.C. §30301, *et seq.*, and/or any other applicable wrongful death and/or survival act, including but not limited to pecuniary losses, loss of support, past and future earnings, loss of services, loss of nature and guidance of dependent family, funeral expenses, and all other damages allowable by law.

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 14

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

# FOURTH CLAIM:
## IN THE ALTERNATIVE – GENERAL MARITIME NEGLIGENCE AGAINST All Defendants

32. Plaintiff realleges and incorporates by reference paragraphs 1 through 31 above.

33. To the extent that Defendants were not employers during material times of Decedent under the Jones Act, 46 U.S.C. §30104, *et seq.*, Plaintiff asserts, in the alternative, a general maritime negligence cause of action against all Defendants.

34. Defendants owed Decedent a duty of reasonable care for his safety, including care to maintain the vessel in a reasonably safe condition and to operate the vessel safely.

35. On or about November 9, 2019, Decedent suffered severe injuries, pre-death conscious pain and suffering, and ultimately died due to the fault and negligence of all Defendants, and/or their agents, servants, and/or employees as follows:

    a. failing to use reasonable care to provide and maintain a safe place to work for Decedent, fit with proper and adequate machinery, crew and equipment;

    b. causing, allowing, and permitting the vessel and her appurtenances to be operated in such a manner as to unreasonably endanger Decedent's safety;

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 15

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

c. causing, allowing, and permitting the vessel and her appurtenances to be in a dangerous, defective, and hazardous condition;

d. failing to warn Decedent of impending dangers;

e. failing to provide a seaworthy vessel and a safe method of operation;

f. failing to provide Decedent with a safe place in which to work;

g. failing to promulgate and enforce proper and safe rules of seamanship in the supervision and conduct of the work;

h. failing to provide sufficient and competent officers and co-employees;

i. failing to supply proper and sufficient gear and equipment, including, but not limited to, survival suits, and to inspect and maintain the same in proper order;

j. failing to use reasonable care to inspect the vessel, its equipment, and its cargo;

k. failing to use reasonable care to maintain the vessel and its equipment;

l. failing to use reasonable care to monitor the weather conditions and/or the sea state;

m. failing to alter route to a safe route while at sea;

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 16

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

        n.       overloading the vessel and having a practice to overload the vessel;

        o.       failing to warn Decedent of the dangers of staying out at sea in light of the weather and/or sea conditions;

        p.       exposing the vessel to weather and/or sea conditions that the vessel was unfit for in light of its age and/or maintenance and/or equipment issues;

        q.       failing to adequately monitor the vessel and/or the captain of the vessel;

        r.       failing to promulgate and/or enforce adequate policies and procedures for the vessel when encountering dangerous weather and/or sea conditions;

        s.       failing to use reasonable care to make reasonable and periodic inspections of the vessel and its equipment;

        t.       failing to provide adequate training, instruction, and supervision to the captain and crew; and

        u.       failing to promulgate and/or enforce adequate policies and procedures to ensure that safety would not be compromised for cost and/or delay.

36. All Defendants knew of the foregoing conditions causing the sinking of the vessel and Decedent's death, and did not correct them, or the conditions

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 17

ANDERSON CAREY
WILLIAMS & NEIDZWSKI
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

existed for a sufficient length of time so that all Defendants, in the exercise of reasonable care, should have learned of them and corrected them.

37.     The negligent acts and omissions of all Defendants, and/or their agents, servants, and/or employees were within the privity and knowledge of Defendants.

38.     As a result of the negligence of Defendants, and/or their agents and/or employees, Plaintiff and the Estate of Decedent was injured and suffered damages as a result of Decedent's death.  The negligent acts and omissions of Defendants were the legal cause of the death of Decedent.

39.     Plaintiff claims damages including, but not limited to, loss of support, past and future earnings, loss of services, loss of nurture and guidance of dependent family, pre-death pain and suffering, and funeral expenses, and all other damages allowable by law, including punitive damages.

## **PRAYER**

WHEREFORE, Plaintiff, acting as the Personal Representative of the Estate of ARNULFO SANTIAGO SOLIS (Decedent), prays for judgment against Defendants and each of them, *in personam*, as follows:

1.     For general damages according to proof;

2.     For special damages according to proof;

3.     For prejudgment interest according to general maritime law;

4.     For Plaintiff's costs of suit incurred herein;

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 18

ANDERSON CAREY
WILLIAMS & NEIDZWSKI
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

5.    For such other and further relief as this Court deems just.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury of all issues of liability and damages.

DATED this 2nd day of July, 2020.

                ANDERSON CAREY WILLIAMS & NEIDZWSKI

_____
Nicholas Neidzwski, CSB #273020
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone:   360-671-6711
Fax:   360-647-2943
E-mail:  nick@boatlaw.com
Attorneys for Plaintiff
GILBERTO SANTIAGO OTANEZ,
Personal Representative of the Estate of
ARNULFO SANTIAGO SOLIS

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 19

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington  98225
(360) 671-6711  -  Fax (360) 647-2943

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2020, I served the preceding document to the below addressees via the Court's ECF system and by the additional methods indicated below:

| | |
|---|---|
| Michael A. Barcott, SBA #73681 | [X] E-Mail |
| HOLMES WEDDLE & BARCOTT | [ ] Facsimile |
| 3101 Avenue, Suite 500 | [X] U.S. Mail |
| Seattle, Washington 98121 | [ ] Hand Delivery |
| Telephone: (206) 292-8008 | |
| Facsimile: (206) 340-0289 | |
| Email: mbarcott@hwb-law.com | |
| Attorneys for Defendants | |

ANDERSON CAREY WILLIAMS & NEIDZWSKI

*/s/ A Cromeenes/*
Aysha Cromeenes, Paralegal
aysha@boatlaw.com

COMPLAINT AND
DEMAND FOR JURY TRIAL

PAGE - 20

**ANDERSON CAREY
WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943