Michael A. Barcott, SBA #73681
HOLMES WEDDLE & BARCOTT, P.C.
3101 Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GILBERTO SANTIAGO OTANEZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF ARNULFO SANTIAGO SOLIS,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD E. KELLEY, an individual; ROBERT E. KELLEY, an individual; ROBERT E. KELLEY, SUCCESSOR CO-TRUSTEES AND BENEFICIARIES OF THE EUGENE M. KELLEY AND VERNA L. KELLEY REVOCABLE LIVING TRUST,<br><br>Defendants. | CASE NO.: 4:20-cv-04424-SBA<br><br>**STIPULATION TO DISMISS AND ORDER DISMISSING THE CASE WITH PREJUDICE AND WITHOUT COSTS** |

COME NOW, Plaintiff Gilberto Santiago Otanez and Defendants Robert E. Kelley and Richard E. Kelley, successor co-trustees and beneficiaries of the Eugene M. Kelley and Verna L. Kelley Revocable Living Trust, and stipulate that all claims made by Claimant Gilberto Santiago Otanez may be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

STIPULATION TO DISMISS AND ORDER
DISMISSING THE CASE WITH PREJUDICE - 1
CASE NO.: 4:20-cv-04424-SBA

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Respectfully Submitted this 11th day of June, 2021.

HOLMES WEDDLE & BARCOTT, P.C.

*/s/ Michael A. Barcott*
Michael A. Barcott, SBA #73681
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email:     mbarcott@hwb-law.com
Attorney for Defendants

ANDERSON CAREY WILLIAMS & NEIDZWSKI

*/s/ Nicholas Neidzwski*
Nicholas Neidzwski, CSB #273020
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone:   360-671-6711
Fax:   360-647-2943
E-mail: nick@boatlaw.com
Attorneys for Plaintiff
GILBERTO SANTIAGO OTANEZ,
Personal Representative of the Estate of
ARNULFO SANTIAGO SOLIS

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED this 14th day of June, 2021.

*Sandra B. Armstrong*
United States District Judge

STIPULATION TO DISMISS AND ORDER
DISMISSING THE CASE WITH PREJUDICE - 2
CASE NO.: 4:20-cv-04424-SBA